IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COUNTRYWAY INSURANCE COMPANY,

      Plaintiff(s),                              07cv1593

                                               **ELECTRONICALLY FILED**

   v.

WALTER P. SLAUGENHOUP, WALTER C.
SLAUGENHOUP, DUSTIN C. SAMS an
incapacitated person, JULIE L. RAYBUCK his
guardian,

      Defendant(s).

## ORDER OF COURT

AND NOW, this 22nd day of February, 2008 for the reasons set forth in the foregoing

Memorandum Opinion, it is HEREBY ORDERED as follows:

(1) The motion for summary judgment by plaintiff, Countryway Insurance Company (doc.

no. 18) will be DENIED.

(2) The motion for summary judgment by defendant, Dustin C. Sams', (doc. no. 28) will

be GRANTED.

(3) The motion for summary judgment by defendants, Walter C. Slaugenhoup and Walter

P. Slaugenhoup (doc. no. 31) will be GRANTED.

(4) Declaratory Judgment is hereby entered in favor of defendants and against plaintiff.

(5) The Clerk shall mark the docket closed.

                             s/Arthur J. Schwab
                             Arthur J. Schwab
                             United States District Judge

cc:      All Registered ECF Counsel and Parties